JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH FRANKLIN LOWE, | Case No. 1:19-cv-00424-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from November 7, 2019 to December 9, 2019, for Plaintiff to serve Defendant with Plaintiff's opening brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: October 30, 2019                    PENA & BROMBERG, ATTORNEYS AT LAW


                                   By: */s/ Jonathan Omar Pena*
                                       JONATHAN OMAR PENA
                                       Attorneys for Plaintiff


Dated: October 30, 2019                       MCGREGOR W. SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration


                                   By:  */s/ Michael Marriott*
                                        Michael Marriott
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant
                                        (*As authorized by email on October 30, 2019)


IT IS SO ORDERED.

   Dated:   **November 4, 2019**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2