McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| KENNETH FRANKLIN LOWE, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>)<br>    Defendant. )<br>_____) | Case No. 1:19-cv-00424-GSA<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief from January 6, 2020, up to and including February 5, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant requests this extension due to an extremely heavy workload, including more than one-hundred (100) active cases in district court. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: January 2, 2020

*/s/ Jonathan Omar Pena* *
Jonathan Omar Pena
(* *authorized by email*)
Attorney for Plaintiff

Dated: January 2, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **January 6, 2020**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2 – Stipulation and Order Extending Def's Time